# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:15-cv-38

| | |
|---|---|
| BRADLEY DISNEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| NORTH AMERICAN ROOFING ) | |
| SERVCES, INC., a Delaware Corporation; ) | |
| and DOES 1 through 70, inclusive, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court on Glen C. Shults' Application for Admission to Practice *Pro Hac Vice* of Douglas N. Silverstein. It appearing that Douglas N. Silverstein is a member in good standing with the California State Bar and will be appearing with Glen C. Shults, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Glen C. Shults' Application for Admission to Practice Pro Hac Vice (#16) of Douglas N. Silverstein is

**GRANTED**, and that Douglas N. Silverstein is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Glen C. Shults.

Signed: March 10, 2015

Dennis L. Howell
United States Magistrate Judge