UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
DOCKET NO. 1:15-cv-00038-MOC-DLH

| | |
|---|---|
| **BRADLEY DISNEY,** | ) |
| Plaintiff, | ) |
| Vs. | ) ORDER |
| **NORTH AMERICAN ROOFING SERVICES, INC.; DOES 1 TO 30 JOHN/JANE DOES,** | ) |
| Defendants. | ) |

**THIS MATTER** is before the court on defendant North American Roofing Services, Inc.'s Motion to Dismiss plaintiff's Third Cause of Action pursuant to Rule 12(b)(6). Having considered defendant North American Roofing Services, Inc.'s motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that defendant North American Roofing Services, Inc.'s Motion to Dismiss plaintiff's Third Cause of Action pursuant to Rule 12(b)(6) (#20) is **DENIED** without prejudice as to reasserting the substance of such argument after the close of discovery in the form of a Motion for Summary Judgment.

Defendant(s) shall answer the Amended Complaint (#18) within 14 days. Local counsel for plaintiff shall review and co-sign all future filings of counsel admitted *pro hac vice*.

Signed: June 2, 2015



Max O. Cogburn Jr
United States District Judge

-1-