# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
## 1:15-cv-38

| | |
|---|---|
| **BRADLEY DISNEY,** | ) |
| **Plaintiff,** | ) |
| vs. | ) **ORDER** |
| **NORTH AMERICAN ROOFING SERVCES, INC., a Delaware Corporation; and DOES 1 through 70, inclusive,** | ) |
| **Defendants.** | ) |

**THIS MATTER** is before the Court on Glen C. Shults' Application for Admission to Practice *Pro Hac Vice* of Mia Munro. It appearing that Mia Munro is a member in good standing with the California State Bar and will be appearing with Glen C. Shults, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

IT IS, THEREFORE, ORDERED that Glen C. Shults' Application for Admission to Practice Pro Hac Vice (#35) of Mia Munro is **GRANTED**, and

Mia Munro is ADMITTED to practice, *pro hac vice*, before the Bar of this court while associated with Glen C. Shults.

Signed: October 28, 2015

Dennis L. Howell
United States Magistrate Judge